UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEODIAS EDWARDS, | Case No. 3:16-cv-00124-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| QUENTIN BYRNE, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 7), and good cause appearing, it is therefore ordered that respondents' motion for enlargement of time (first request) (ECF No. 7) is granted. Respondents will have through August 10, 2016, to file and serve an answer or other response to the petition (ECF No. 4).

DATED THIS 13th day of July 2016.


MIRANDA M. DU
UNITED STATES DISTRICT JUDGE