UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEODIAS EDWARDS,<br><br>        Petitioner,<br>   v.<br><br>QUENTIN BYRNE, et al.,<br><br>        Respondents. | Case No. 3:16-cv-00124-MMD-VPC<br><br>ORDER |

Respondents having filed a motion for enlargement of time (second request) (ECF No. 9), and good cause appearing, it is therefore ordered that respondents' motion for enlargement of time (second request) (ECF No. 9) is granted. Respondents will have through August 24, 2016, to file and serve an answer or other response to the petition (ECF No. 4).

DATED THIS 17th day of August 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE